

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff<br>      vs.<br><br>JOHN ERIC SCOBLE<br>            Defendant | CASE NO. 14CR2467-JLS<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, and the bond be exonerated.

IT IS SO ORDERED.

DATED:  4-27-15

_____
HONORABLE JILL L. BURKHARDT
United States Magistrate Judge